```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  DARREN J. ROBBINS (168593)
    ROBERT R. HENSSLER JR. (216165)
 3  BRIAN O. O'MARA (229737)
    BRIAN E. COCHRAN (286202)
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6  darrenr@rgrdlaw.com
    bhenssler@rgrdlaw.com
 7  bomara@rgrdlaw.com
    bcochran@rgrdlaw.com
 8
    BERNSTEIN LITOWITZ BERGER &
 9    GROSSMANN LLP
    BLAIR NICHOLAS
10  12481 High Bluff Drive, Suite 300
    San Diego, CA  92130
11  Telephone:  858/793-0070
    858/793-0323 (fax)
12
    [Proposed] Lead Counsel for Plaintiff
13
```

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEERFIELD BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>QUALITY SYSTEMS, INC., et al.,<br><br>            Defendants. | No. 8:13-cv-01818-CJC(JPRx)<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT STIPULATION ESTABLISHING A SCHEDULE FOR LEAD PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE TO THE CONSOLIDATED COMPLAINT |

Having considered the Parties' joint stipulation, the Court hereby orders that:

1. This action shall be captioned *In re Quality Systems, Inc. Securities Litigation*, Case No. 8:13-cv-01818-CJC(JPRx);

2. Lead Plaintiffs' amended complaint shall be filed on or before April 7, 2014;

3. Defendants shall answer, move or otherwise respond to Lead Plaintiffs' amended complaint on or before June 6, 2014;

4. Lead Plaintiffs shall file an opposition to any motion to dismiss the amended complaint on or before July 25, 2014;

5. Defendants shall file a reply brief to Lead Plaintiffs' opposition on or before August 28, 2014 to file a reply brief; and

6. The Court shall hear argument on any motion to dismiss on October 20, 2014, at 1:30 p.m.

IT IS SO ORDERED.

DATED: 2/11/14

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE