# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, George Hopkins, on behalf of the Arkansas Teacher Retirement System ("Arkansas Teacher"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Arkansas Teacher. I have reviewed a complaint filed in this matter. Arkansas Teacher has authorized the filing of this motion for appointment as lead plaintiff.

2. Arkansas Teacher did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Arkansas Teacher is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Arkansas Teacher fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Arkansas Teacher's transactions in the Quality Systems, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Arkansas Teacher has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Gammel v. Hewlett-Packard*, Case No. 11-cv-1404 (C.D. Cal.)
> *In re Netflix, Inc. Securities Litigation*, Case No. 12-cv-225 (N.D. Cal.)
> *Hoppaugh v. K12 Inc.*, Case No. 12-cv-103 (E.D. Va.)
> *In re JPMorgan Chase & Co. Securities Litigation*, Case No. 12-cv-3852 (S.D.N.Y.)
> *In re Facebook, Inc. IPO Securities & Derivative Litigation*, Case No. 12-md-2389 (S.D.N.Y.)
> *Weber v. Groupon, Inc.*, Case No. 12-cv-10235 (N.D. Ill.)
> *Brado v. Vocera Communications Inc.*, Case No. 13-cv-3567 (N.D. Cal.)

6. Arkansas Teacher has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

> *In re Gentiva Securities Litigation*, Case No. 10-cv-5064 (E.D.N.Y.)
> *Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation*, Case No. 11-cv-733 (S.D.N.Y.)
> *Freedman v. St. Jude Medical, Inc.*, Case No. 12-cv-3070 (D. Minn.)
> *Construction Workers Pension Trust Fund - Lake County and Vicinity v. Navistar International Corporation*, Case No. 13-cv-2111 (N.D. Ill.)
> *Mazzaferro v. Aruba Networks, Inc.*, Case No. 13-cv-2342 (N.D. Cal.)

7.  Arkansas Teacher is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

> *Perry v. Spectrum Pharmaceuticals, Inc.,* Case No. 13-cv-433 (D. Nev.)
> *Anderson v. Spirit AeroSystems Holdings, Inc.,* Case No. 13-cv-2261 (D. Kan.)

8.  Arkansas Teacher has sought to serve as representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Arkansas Teacher Retirement System v. Bankrate Inc.,* Case No 13-cv-7183 (S.D.N.Y)

9.  Arkansas Teacher will not accept any payment for serving as a representative party on behalf of the Class beyond Arkansas Teacher's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ____ day of November, 2013.

George Hopkins
Executive Director
*Arkansas Teacher Retirement System*

**Arkansas Teacher Retirement System**
Transactions in Quality Systems, Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/22/2011 | 195 | $82.3300 |
| Purchase | 10/27/2011 | 1,200 | $39.8501 |
| Purchase | 10/28/2011 | 3,100 | $39.1213 |
| Purchase | 2/10/2012 | 400 | $42.9804 |
| Purchase | 4/27/2012 | 600 | $37.8154 |
| Purchase | 5/3/2012 | 400 | $37.8005 |
| Purchase | 5/9/2012 | 4,000 | $31.9149 |
| Purchase | 5/17/2012 | 6,900 | $30.1807 |
| Purchase | 6/8/2012 | 3,400 | $29.1156 |
| | | | |
| Sale | 6/28/2011 | (195) | $85.3400 |
| Sale | 10/4/2011 | (3,100) | $88.9430 |
| Sale | 7/19/2012 | (7,700) | $24.7036 |

EXHIBIT A, PAGE 84