ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ROBERT R. HENSSLER JR. (216165)
CHRISTOPHER D. STEWART (270448)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
bhenssler@rgrdlaw.com
cstewart@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER
  &GROSSMANN LLP
BLAIR A. NICHOLAS (178428)
BENJAMIN GALDSTON (211114)
LUCAS E. GILMORE (250893)
BRANDON MARSH (268316)
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)
blairn@blbglaw.com
beng@blbglaw.com
lucas.gilmore@blbglaw.com
brandon.marsh@blbglaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re QUALITY SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) ) | No. 8:13-cv-01818-CJC-JPR  CLASS ACTION |
|---|---|---|
| This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) ) | **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

1002809_1

Notice is hereby given that lead plaintiffs in the above-captioned case (City of Miami Fire Fighters' and Police Officers' Retirement Trust, and Arkansas Teacher Retirement System), on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the October 20, 2014 "Order Granting Defendants' Motion To Dismiss With Prejudice" (ECF. No. 39), as well as the January 5, 2015 "Order Denying Plaintiffs' Motion For Reconsideration" (ECF. No. 46) of the October 20, 2014 dismissal.

DATED: January 30, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
ROBERT R. HENSSLER JR.
CHRISTOPHER D. STEWART

s/ Robert R. Henssler, Jr.
ROBERT R. HENSSLER. JR.

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
LUCAS E. GILMORE
BRANDON MARSH
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)
– and –
GERALD SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

Lead Counsel for Lead Plaintiffs

- 1 -

1002809_1

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL 33140
Telephone: 305/532-3200
305/535-0050 (fax)

Additional Counsel for Plaintiffs

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Lead Plaintiffs in this action, City of Miami Fire Fighters' and Police Officers' Retirement Trust, and Arkansas Teacher Retirement System, on behalf of themselves and all others similarly situated, are represented by the following counsel:

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
JOSEPH D. DALEY
ROBERT R. HENSSLER JR.
CHRISTOPHER D. STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
LUCAS E. GILMORE
BRANDON MARSH
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)
        – and –
GERALD SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
Telephone:  212/554-1400
212/554-1444 (fax)

Lead Counsel for Plaintiffs

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL  33140
Telephone: 305/532-3200
305/535-0050 (fax)

Additional Counsel for Plaintiffs

- 1 -

1 | Defendants in this action, Quality Systems, Inc., Steven T. Plochocki, Paul A.
2 | Holt, and Sheldon Razin, are represented by:
3 | LATHAM & WATKINS LLP
   | PETER A. WALD
4 | 505 Montgomery Street, Suite 2000
   | San Francisco, California 94111-6538
5 | Telephone: 415/391-0600
   | Facsimile: 415/395-8095
6 |
7 | LATHAM & WATKINS LLP
   | MICHELE D. JOHNSON
   | ANDREW R. GRAY
8 | 650 Town Center Drive, 20th Floor
   | Costa Mesa, California 92626-1925
9 | Telephone: 714/540-1235
   | Facsimile: 714/755-8290
10 |
11 | DATED: January 30, 2015    Respectfully submitted,
12 |                            ROBBINS GELLER RUDMAN
   |                               & DOWD LLP
13 |                            DARREN J. ROBBINS
   |                            ROBERT R. HENSSLER JR.
14 |                            CHRISTOPHER D. STEWART
15 |
16 |                            s/ Robert R. Henssler, Jr.
   |                            ROBERT R. HENSSLER. JR.
17 |
18 |                            655 West Broadway, Suite 1900
   |                            San Diego, CA 92101
19 |                            Telephone: 619/231-1058
   |                            619/231-7423 (fax)

- 2 -

1002809_1

| | |
|---|---|
| 1 | |
| 2 | BERNSTEIN LITOWITZ BERGER |
| |   & GROSSMANN LLP |
| 3 | BLAIR A. NICHOLAS |
| | BENJAMIN GALDSTON |
| 4 | LUCAS E. GILMORE |
| | BRANDON MARSH |

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
LUCAS E. GILMORE
BRANDON MARSH
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)
 – and –
GERALD SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
Telephone:  212/554-1400
212/554-1444 (fax)

Lead Counsel for Plaintiffs

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL  33140
Telephone: 305/532-3200
305/535-0050 (fax)

Additional Counsel for Plaintiffs

- 3 -

1002809_1

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2015.

          s/ Robert R. Henssler Jr.
          ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: bhenssler@rgrdlaw.com

1002809_1

**Mailing Information for a Case 8:13-cv-01818-CJC-JPR In re Quality Systems, Inc. Securities Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin Galdston**
  beng@blbglaw.com

- **Lucas E Gilmore**
  lucas.gilmore@blbglaw.com

- **Andrew Gray**
  andrew.gray@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Robert Russell Henssler , Jr**
  bhenssler@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Brandon Marsh**
  Brandon.Marsh@blbglaw.com

- **Blair A Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,davidd@blbglaw.com,matthew.mahady@blbglaw.com,amyn@blbglaw.com,errol.hall@blbglaw.com,kayem@blbglaw.com,

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com,tjohnson@rgrdlaw.com,ldeem@rgrdlaw.com

- **Jordanna G Thigpen**
  jthigpen@abtahilaw.com

- **Peter Allen Wald**
  peter.wald@lw.com,katherine.rykken@lw.com,#ocecf@lw.com,andrew.gray@lw.com,#sfdocket@lw.com,michael.kang@lw.com

- **Jeff S Westerman**
  jwesterman@jswlegal.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen           H Cypen
Cypen and Cypen
777 Arthur Godfrey Road   Suite 320
Miami Beach, FL 33140

Avi               Josefson
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019
```