ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (168593)
ROBERT R. HENSSLER JR. (216165)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
bhenssler@rgrdlaw.com
cstewart@rgrdlaw.com
mbalotta@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (178428)
BENJAMIN GALDSTON (211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)
blairn@blbglaw.com
beng@blbglaw.com
lucas.gilmore@blbglaw.com
brandon.marsh@blbglaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re QUALITY SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 8:13-cv-01818-CJC-JPR<br><br>CLASS ACTION<br><br>JOINT CASE MANAGEMENT REPORT |

1323939_1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("Federal Rules" or "Fed. R. Civ. P."), the parties jointly submit this Joint Case Management Report and Fed. R. Civ. P. 26(f) Discovery Plan (the "Report").

## I. RULE 26(F) CONFERENCE

On October 17, 2017 counsel for the parties met telephonically pursuant to Fed. R. Civ. P. 26(f) and discussed the matters presented in this Report. The following individuals were in attendance and assisted in developing this Report: Benjamin Galdston of Bernstein Litowitz Berger & Grossmann LLP and Robert Henssler, Christopher Stewart and Matthew Balotta of Robbins Geller Rudman & Dowd LLP participated on behalf of the Lead Plaintiffs Arkansas Teacher Retirement System and City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Plaintiffs").

Andrew Gray, Nicholas Siciliano and Mazamir Yousefi of Latham & Watkins LLP participated on behalf of Quality Systems, Inc. ("QSI"), Steven T. Plochocki, Sheldon Razin and Paul Holt (collectively, "Defendants").

## II. DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f)(3), the parties set forth their views and proposals on the following topics:

1323939_1

### A. Proposed Changes, if Any, in Timing, Form or Requirement for Disclosures Under Fed. R. Civ. P. 26(a), Including a Statement of When Initial Disclosures Will Be Made

The parties do not contemplate any changes in the form or requirements of disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C) on November 10, 2017.

### B. Subjects on Which Discovery May Be Needed, When Discovery Should Be Completed and Whether Discovery Should Be Conducted in Phases or Be Limited to or Focused on Particular Issues

Without waiver of their right to take discovery on other relevant issues, and while expressly reserving any and all rights and objections concerning the proprietary of such discovery, the parties currently believe that discovery will be needed in the following areas:

#### 1. Plaintiffs

Plaintiffs intend to seek discovery related to the allegations in the Amended Complaint for Violations of the Federal Securities Laws (Dkt. No. 26) ("Complaint"), including, but not limited to, the alleged false statements and omissions regarding:

      **a.**    The market in which QSI operated;

      **b.**    The basis for and the reliability of QSI's financial forecasts and guidance;

      **c.**    Risks to QSI's business;

      **d.**    Demand for QSI's products and services; and

      **e.**    QSI's sales and sales opportunities, cycle, and "pipeline."

### 2. Defendants

Defendants intend to seek discovery from Plaintiffs and relevant third parties regarding:

      **a.**    Plaintiffs' and putative class members' investment in, and ownership of, QSI common stock;

      **b.**    Class certification, including but not limited to the class certification requirements set forth in Federal Rule of Civil Procedure 23 and whether Plaintiffs are appropriate class representatives;

      **c.**    Communications between Plaintiffs any putative class members or any third parties regarding QSI;

      **d.**    The Confidential Witness allegations set forth in Plaintiffs' Complaint;

      **e.**    The electronic health record industry during the relevant time period; and

      **f.**    Other allegations in the Complaint.

### 3. Sequence and Timing

The parties propose that all fact discovery be completed by the date set forth in Appendix A, attached hereto.

### C. Issues About Disclosure or Discovery of Electronically Stored Information, Including the Form or Forms in Which It Should Be Produced

Steps have been and will continue to be taken by the parties to retain information in an electronically discoverable format. The parties anticipate that

- 3 -

1323939_1

they will reach agreement on a protocol concerning the discovery of electronically stored information, which will include the form of production of such data.

### D. Issues About Claims of Privilege or of Protection as Trial-Preparation Materials, Including – if the Parties Agree on a Procedure to Assert These Claims After Production – Whether to Ask the Court to Include Their Agreement in an Order

The parties currently are discussing issues about claims of privilege and other protections, including a procedure to assert these claims after production. The parties anticipate memorializing an agreement regarding these issues in a stipulated confidentiality and [proposed] protective order.

### E. What Changes Should Be Made in the Limitations on Discovery Imposed Under These Rules or by Local Rule, and What Other Limitations Should Be Imposed

The parties agree to abide by the discovery limitations in the Federal Rules, but reserve the right to petition the Court for additional deponents or extended depositions should the need arise. The parties also reserve the right to oppose any such request.

### F. Any Other Orders that the Court Should Issue Under Fed. R. Civ. P. 26(c) or Under Fed. R. Civ. P. 16(b) and (c)

The parties propose that the Court issue a stipulated confidentiality and [proposed] protective order pursuant to Fed. R. Civ. P. 26(c), which the parties intend to submit to the Court.

## III. ADDITIONAL LOCAL RULE REQUIREMENTS

Pursuant to Local Rule 26-1, the parties set forth their views and proposals on the following topics:

- 4 -

1323939_1

### A. The Complexity of the Case, and Whether All or Part of the Procedures of the Manual for Complex Litigation Should Be Utilized

The parties agree that this case should not be subject to the Manual for Complex Litigation.

### B. The Dispositive or Partially Dispositive Motions Which Are Likely to Be Made, and a Cutoff Date by Which All Such Motions Shall Be Made

The deadlines for Plaintiffs' motion for class certification, Defendants' response, and Plaintiffs' reply shall be filed in accordance with Appendix A. Similarly, the deadlines for summary judgment motions, responses and replies are set forth in Appendix A.

### C. The Likelihood of Settlement, Whether Settlement Discussions Have Taken Place or Are Scheduled, and Which Mandatory Settlement Procedure Should Be Utilized

The parties have not engaged in any settlement discussions and believe it is premature to do so at this time. The parties agree that ADR Procedure No. 3 in Local Rule 16-15.4 is the preferred method of settlement discussion at the appropriate time.

### D. A Preliminary Estimate of the Time Required for Trial

Although it is difficult at this time to estimate the length of trial, if any, required to adjudicate this dispute, the parties believe that a trial of this matter likely will last approximately three weeks for the initial class-wide liability determination.

- 5 -

1323939_1

### E. The Likelihood of Appearance of Additional Parties

The parties do not anticipate the appearance of any additional parties at this time. The deadline for adding any additional parties is set forth in Appendix A.

### F. The Proposed Timing of Expert Disclosures

The parties shall identify and disclose all expert witnesses and expert reports, including rebuttal experts and reports, and shall conduct expert discovery, by the applicable deadlines set forth in Appendix A.

## IV. PROPOSED CASE SCHEDULE

### A. Discovery Sequencing

As described above and set forth in Appendix A, class certification discovery and briefing shall occur while fact discovery is ongoing and shall be completed before fact discovery is completed.

### B. Expert Discovery

*See* §III.F, above.

### C. Motions

Plaintiffs shall file any motion to amend the Complaint on or before the date set forth in Appendix A.

DATED: October 31, 2017      ROBBINS GELLER RUDMAN
       & DOWD LLP
DARREN J. ROBBINS
ROBERT R. HENSSLER JR.
CHRISTOPHER D. STEWART
MATTHEW J. BALOTTA

     s/ ROBERT R. HENSSLER JR.
     ROBERT R. HENSSLER JR.

- 6 -

1323939_1

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
| 2 | San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 3 | |
| 4 | BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>BLAIR A. NICHOLAS |
| 5 | BENJAMIN GALDSTON<br>LUCAS E. GILMORE |
| 6 | BRANDON MARSH<br>12481 High Bluff Drive, Suite 300 |
| 7 | San Diego, CA 92130<br>Telephone: 858/793-0070 |
| 8 | 858/793-0323 (fax)<br>– and – |
| 9 | GERALD SILK<br>AVI JOSEFSON |
| 10 | 1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019 |
| 11 | Telephone: 212/554-1400<br>212/554-1444 (fax) |
| 12 | |
| 13 | Lead Counsel for Lead Plaintiff |
| 14 | CYPEN & CYPEN<br>STEPHEN H. CYPEN |
| 15 | 975 Arthur Godfrey Road, Suite 500<br>Miami Beach, FL 33140 |
| 16 | Telephone: 305/532-3200<br>305/535-0050 (fax) |
| 17 | KLAUSNER, KAUFMAN, JENSEN<br>  & LEVINSON |
| 18 | ROBERT D. KLAUSNER<br>7080 NW 4th Street |
| 19 | Plantation, FL 33317<br>Telephone: 954/916-1202 |
| 20 | 954/916-1232 (fax) |
| 21 | Additional Counsel for Lead Plaintiff |
| 22 | |
| 23 | DATED: October 31, 2017        LATHAM & WATKINS, LLP<br>                                         PETER A. WALD |
| 24 | MICHELE D. JOHNSON<br>ANDREW R. GRAY |
| 25 | |
| 26 | |
| 27 | s/ ANDREW R. GRAY<br>ANDREW R. GRAY |
| 28 | |

- 7 -

1323939_1

|    |                                           |
|----|-------------------------------------------|
| 1  | 650 Town Center Drive, 20th Floor         |
| 2  | Costa Mesa, CA 92626-1925                 |
| 3  | Telephone: 714/540-1235                   |
|    | 714/755-8290 (fax)                        |
| 4  |                                           |
| 5  | LATHAM & WATKINS, LLP                     |
|    | 505 Montgomery Street, Suite 2000         |
| 6  | San Francisco, CA 94111                   |
| 7  | Telephone: 415/391-0600                   |
|    | 415/395-8095 (fax)                        |
| 8  |                                           |
| 9  | Attorneys for Defendants Quality Systems, Inc., Steven Plochocki, Paul Holt and Sheldon Razin |

- 8 -

1323939_1

# Appendix A

| Action | Proposed Date |
|---|---|
| **Defendants' Answer** | November 7, 2017 |
| **Class Certification** | |
| Plaintiffs' Opening Motion & Brief | February 16, 2018 |
| Defendants' Opposition Brief | March 21, 2018 |
| Plaintiffs' Reply Brief | April 20, 2018 |
| **Fact Discovery** | |
| Exchange of initial disclosures under Fed. R. Civ. P. 26(a)(1) | November 10, 2017 |
| Substantial Production of Documents Deadline, with Production of Privilege Logs to Follow Reasonably Thereafter | March 16, 2018 |
| Deadline to amend pleadings or add any additional parties | April 1, 2018 |
| Deadline to exchange privilege logs | April 6, 2018 |
| Fact Discovery Cut-Off | October 5, 2018 |
| **Expert Discovery** | |
| Deadline for party with burden of proof to serve expert reports under Fed. R. Civ. P. 26(a)(2) | November 16, 2018 |
| Deadline for opposing party to serve expert reports | December 21, 2018 |
| Deadline for party with burden of proof to serve reply expert reports | February 8, 2019 |
| Expert Discovery Cut-Off | March 22, 2019 |
| **Dispositive Motions** | |
| Summary Judgment (or other dispositive motion) and *Daubert* Opening Motions & Briefs | April 19, 2019 |
| Summary Judgment and *Daubert* Oppositions | May 31, 2019 |
| Summary Judgment and *Daubert* Replies | June 21, 2019 |
| **Trial** | |
| All pretrial conference papers pursuant to Local Rule 16 | September 17, 2019 |
| Final Pretrial Conference | October 15, 2019 |
| Proposed Trial Date | October 29, 2019 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2017.

s/ ROBERT R. HENSSLER JR.

ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: bhenssler@rgrdlaw.com

1323939_1

# Mailing Information for a Case 8:13-cv-01818-CJC-JPR In re Quality Systems, Inc. Securities Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew James Balotta**
  mbalotta@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Benjamin Galdston**
  beng@blbglaw.com

- **Lucas E Gilmore**
  lucas.gilmore@blbglaw.com

- **Andrew Gray**
  andrew.gray@lw.com,andrew-gray-3541@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Robert Russell Henssler , Jr**
  bhenssler@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Brandon Marsh**
  Brandon.Marsh@blbglaw.com

- **Blair A Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,davidd@blbglaw.com,Ashley.Lee@blbglaw.com,amyn@blbglaw.com,errol.hall@blbglaw.com,kayem@blbglaw.com,nikim

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nicholas J Siciliano**
  nicholas.siciliano@lw.com,nicholas-siciliano-5932@ecf.pacerpro.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com,tjohnson@rgrdlaw.com,ldeem@rgrdlaw.com

- **Jordanna G Thigpen**
  jthigpen@jjllplaw.com,vcassis@jjllplaw.com

- **Peter Allen Wald**
  peter.wald@lw.com,peter-wald-7073@ecf.pacerpro.com,#ocecf@lw.com,#sflitigationservices@lw.com,andrew.gray@lw.com,michael.kang@lw.com

- **Whitney Bruder Weber**
  whitney.weber@lw.com,whitney-weber-2642@ecf.pacerpro.com,#sflitigationservices@lw.com

- **Jeff S Westerman**
  jwesterman@jswlegal.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen              H Cypen
Cypen and Cypen
777 Arthur Godfrey Road   Suite 320
Miami Beach, FL 33140

Avi                  Josefson
Bernstein Litowitz Berger and Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
```