1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re QUALITY SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) ) | No. 8:13-cv-01818-CJC-JPR <br><br> <u>CLASS ACTION</u> |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) ) | ORDER SETTING DATES REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

1449045_1

1  Based on the joint stipulation entered by the Parties on July 2, 2018, Lead
2 Plaintiffs shall file a motion for preliminary approval of the settlement by July 16,
3 2018. If Lead Plaintiffs have not yet filed a motion for preliminary approval of the
4 settlement by July 16, 2018, the Parties shall provide a further status update to the
5 Court at that time.

6  IT IS SO ORDERED

7

8 DATED: July 10, 2018  _____
THE HONORABLE CORMAC J. CARNEY
9  UNITED STATES DISTRICT JUDGE

- 1 -

1449045_1