ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ROBERT R. HENSSLER JR. (216165)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
bhenssler@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY (188574)
BENJAMIN GALDSTON (211114)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)
davids@blbglaw.com
beng@blbglaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re QUALITY SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 8:13-cv-01818-CJC-JPR<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION<br><br>DATE: November 19, 2018<br>TIME: 1:30 p.m.<br>CTRM: 7C<br>JUDGE: Honorable Cormac J. Carney |

1487919_1

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 19, 2018, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Cormac J. Carney, United States District Judge, at the United States District Court for the Central District of California, Courtroom 7C of the United States Courthouse, 350 West 1st Street, Los Angeles, California 90012, Lead Plaintiffs City of Miami Fire Fighters' and Police Officers' Retirement Trust and Arkansas Teacher Retirement System, by and through their counsel, will respectfully move, pursuant to Federal Rule of Civil Procedure 23(e), for entry of the [Proposed] Final Judgment and Order of Dismissal with Prejudice and the [Proposed] Order Approving the Plan of Allocation.[1]

Lead Plaintiffs' motion is based on the Memorandum of Points and Authorities in Support thereof; the Joint Declaration of Robert R. Henssler Jr. and Benjamin Galdston in Support of: (A) Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); the Declaration of Ornel N. Cotera in Support of: (A) Lead Plaintiffs' Motion for Final Approval of Settlement; and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; the Declaration of Rod Graves in Support of: (A) Lead Plaintiffs' Motion for Final Approval of Settlement; and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; the Declaration of Eric J. Miller Regarding Notice Dissemination, Publication, and Report on Requests for

---

[1] Lead Counsel will submit proposed orders to the Court, along with its reply submission, on or before November 12, 2018.

- 1 -

1487919_1

Exclusion Received to Date; the Stipulation of Settlement dated July 16, 2018 (ECF No. 95-2); all of the prior pleadings and papers in this Litigation; and such additional evidence or argument as may be required by the Court.

DATED: October 15, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

DARREN J. ROBBINS
ROBERT R. HENSSLER JR.
CHRISTOPHER D. STEWART
AUSTIN P. BRANE
MATTHEW J. BALOTTA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

s/ Benjamin Galdston
BENJAMIN GALDSTON

DAVID R. STICKNEY
BENJAMIN GALDSTON
LUCAS E. GILMORE
BRANDON MARSH
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)
  – and –
GERALD SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

- 2 -

1487919_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lead Counsel for Lead Plaintiff Arkansas Teacher Retirement System

CYPEN & CYPEN
STEPHEN H. CYPEN
975 Arthur Godfrey Road, Suite 500
Miami Beach, FL 33140
Telephone: 305/532-3200
305/535-0050 (fax)

KLAUSNER, KAUFMAN, JENSEN
 & LEVINSON
ROBERT D. KLAUSNER
7080 NW 4th Street
Plantation, FL 33317
Telephone: 954/916-1202
954/916-1232 (fax)

Additional Plaintiffs' Counsel

- 3 -

1487919_1

## CERTIFICATE PURSUANT TO LOCAL RULE 5-4.3.4

I, Robert R. Henssler Jr., am the ECF User whose identification and password are being used to file Lead Plaintiffs' Notice of Motion and Motion for Final Approval of Settlement and Approval of Plan of Allocation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Benjamin Galdston has concurred in this filing.

DATED: October 15, 2018                    s/ Robert R. Henssler Jr.
                                           ROBERT R. HENSSLER JR.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 15, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ Robert R. Henssler Jr.</u>
ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bhenssler@rgrdlaw.com

# Mailing Information for a Case 8:13-cv-01818-CJC-JPR In re Quality Systems, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew James Balotta**
  mbalotta@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Austin P Brane**
  abrane@rgrdlaw.com

- **Benjamin Galdston**
  beng@blbglaw.com,denab@blbglaw.com,jessica.cuccurullo@blbglaw.com

- **Kathryn K George**
  kathryn.george@lw.com

- **Lucas E Gilmore**
  lucas.gilmore@blbglaw.com

- **Andrew Gray**
  andrew.gray@lw.com,andrew-gray-3541@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Robert Russell Henssler , Jr**
  bhenssler@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Brandon Marsh**
  Brandon.Marsh@blbglaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Nicholas J Siciliano**
  nicholas.siciliano@lw.com,nicholas-siciliano-5932@ecf.pacerpro.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com,tjohnson@rgrdlaw.com

- **David R Stickney**
  davids@blbglaw.com,brandon.marsh@blbglaw.com

- **Jordanna G Thigpen**
  jthigpen@jjllplaw.com,vcassis@jjllplaw.com

- **Peter Allen Wald**
  peter.wald@lw.com,peter-wald-7073@ecf.pacerpro.com,#ocecf@lw.com,#sflitigationservices@lw.com,andrew.gray@lw.com

- **Whitney Bruder Weber**
  whitney.weber@lw.com,whitney-weber-2642@ecf.pacerpro.com,#sflitigationservices@lw.com

- **Jeff S Westerman**
  jwesterman@jswlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen             H Cypen
Cypen and Cypen
975 Arthur Godfrey Road   Suite 500
Miami Beach, FL 33140
```